UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LINDELL CHARLES** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-811** |
| **JEREMY GALLIANO, ET AL** | **SECTION I** |

## ORDER

The defendants in the above captioned case have filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, alternatively, a motion for summary judgment. The Court requires that, prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties. Accordingly,

**IT IS ORDERED** that defendants' motion[1] to dismiss or for summary judgment is **DENIED IN PART** to the extent that defendant's motion for summary judgment is **DISMISSED WITHOUT PREJUDICE.**

The Court has received the defendants' request for oral argument[2] filed by defendants with respect the foregoing motion.[3] The Court will be unable to hear oral argument at the time requested. If, at a later date, the Court finds that oral argument will be helpful, counsel will be

---

[1] R. Doc. No. 17.

[2] R. Doc. No. 18.

[3] R. Doc. No. 17.

notified.

New Orleans, Louisiana, April 23, 2010.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**LANCE M. AFRICK**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**